UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-CV-61251-WPD

SASHA M. RAGOOBAR,

      Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS,
LLC and CREDIT MANAGEMENT, LP,

      Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT COMCAST CABLE COMMUNICATIONS, LLC

Plaintiff Sasha M. Ragoobar, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states Plaintiff and Defendant Comcast Cable Communications, LLC have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

      Dated: August 31, 2020

Respectfully Submitted,

  /s/ Jibrael S. Hindi           .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:   855-529-9540
*COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on August 31, 2020, the forgoing was electronically via the

Court's CM/ECF system on all counsel of record.

 /s/ Jibrael S. Hindi                                        .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com